**William R. ABBOTT, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 14–6368.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 29, 2014.

William R. Abbott, Appellant Pro Se.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William R. Abbott, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and we affirm for the reasons stated by the district court. *Abbott v. United States,* No. 2:13–cv–00473–RGD–LRL (E.D.Va. Jan. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*